852

No. 11–10613. BURGARD v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–10614. BREWER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–10615. BELL v. KEFFER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 11–10617. GOODWIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10620. HASSETT v. HASSELBECK ET AL. C. A. 1st Cir. Certiorari denied.

No. 11–10621. DONAHUE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–10622. SIMS v. RIOS ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–10623. STANWYCK v. SUPREME COURT OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 11–10624. SMITH v. PARKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–10625. RODRIGUEZ v. DEPARTMENT OF STATE. C. A. Fed. Cir. Certiorari denied.

No. 11–10626. SHORTER v. ADAMS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–10627. SMITH v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 11–10631. SLETTEN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–10632. DELFIN v. SHINSEKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 11–10633. SHONG-CHING TONG v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY. Ct. App. Cal., 2d App. Dist. Certiorari denied.